UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(CORPUS CHRISTI DIVISION)

| | |
|---|---|
| IN THE MATTER OF CGBM 100, LLC AS OWNER AND/OR OPERATOR AND/OR OWNER *PRO HAC VICE* OF THE M/V JOHN M. WIKE AND BARGE CYCLER 5500 | CIVIL ACTION NO. 2:23-cv-00286 |

### EX PARTE MOTION FOR ORDER NOTING DEFAULT

**NOW INTO COURT**, through undersigned counsel comes, CGBM 100 LLC ("CGBM") (hereafter "CGBM" or "Limitation Petitioner"), as owner and/or operator and/or owner pro hac vice of the M/V JOHN M. WIKE and Barge Cycler 5500 (hereafter "the Vessels"), who move, pursuant to Rule 55 of the Federal Rules of Civil Procedure, that this Honorable Court enter into the record of Civil Action No. 2:23-cv-00286 an order noting the default of all persons, firms, corporations, and entities, except those parties that have heretofore filed claims in the Verified Complaint for Exoneration From and/or Limitation of Liability, Rec. Doc. 1, Civil Action No. 2:23-cv-00286 in accordance with this Court's Order Approving Petitioners' Letters of Undertaking, Directing Issuance of Notice, and Restraining Prosecution of Claims (Doc. 4.) (hereinafter, "Order Directing Issuance of Notice"), claiming any injuries, deaths, property damages, and all other losses, damages, expenses, and costs caused, occasioned, or occurring due to the incident

involving the M/V JOHN M. WIKE and Barge Cycler 5500 on or about May 5, 2023, as described in the Verified Complaint for Exoneration From and/or Limitation of Liability, (Doc. 1) (hereinafter, "Complaint").

This request for entry of default is premised upon the following facts, which are evidenced by the record in this action and the attached exhibits:

(1) On November 3, 2023, Limitation Petitioner filed its Complaint praying for exoneration from or limitation of liability with respect to the incident on May 5, 2023, as more fully described in the Complaint, which case was assigned Civil Action No. 2:23-cv-00286. *See* Verified Complaint for Exoneration From and/or Limitation of Liability (Doc. 1).

(2) On November 9, 2023, this Honorable Court signed the Order Directing Issuance of Notice requiring that notice be issued to all persons, firms, corporations, or entities claiming any injuries, deaths, property damages, and all other losses, damages, expenses, and costs caused, occasioned, or occurring due to the incident described in the Complaint, directing them to file their Claims and Answers in Civil Action No. 2:23-cv-00286 on or before January 4, 2024, and to serve copies on counsel for Limitation Petitioner, on penalty of default.

(3) On November 9, 2023, the Clerk of Court for the United States District Court for the Southern District of Texas (Corpus Christi Division) issued a Notice

to Claimants of Verified Complaint for Exoneration from and/or Limitation of Liability, Rec. Doc. 5-1, Civil Action No. 2:23-cv-00286 (hereinafter, "Notice"), with such Notice to be published in a newspaper of general circulation published in the State of Texas, once a week for four consecutive weeks prior to the date fixed for filing of Claims, as required by Rule F(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

(4) Pursuant to this Honorable Court's Order Directing Issuance of Notice, the Notice was, in fact, published in The Corpus Christi Caller Times newspaper in Corpus Christi, Texas on November 24 and December 1, 8 and 15, 2023. *See* Notice of Publication.

(5) A copy of the Notice was sent, as required by law, to every firm, person, corporation, and entity known to have any potential Claim against Limitation Petitioner or the M/V JOHN M. WIKE and Barge Cycler 5500 arising out of or in any way related to the incident described in the Complaint in Civil Action no. 2:23-cv-00286. Copies of the Notice and the Complaint were sent to all known claimants.

(6) The following parties have filed a claim in the above captioned claim:

- Minerva Marine, Inc. and Symbol Maritime Ltd. as owners and/or operators of the M/V AMALTHEA (Doc. 9)

- G&H Towing Company and Suderman & Young Towing Company as operator and owner of the M/V MERCURY and M/V TED C. LITTON (Doc. 10)

(7) The time for submitting Claims in response to this Complaint has expired. *See* Docs. 4 and 5.

(8) No requests have been filed for an extension of time within which to file such Answers and Claims, nor have any such requests been made to undersigned counsel.

**WHEREFORE**, Limitation Petitioner, CGBM 100 LLC having complied fully with all notice requirements of Rule F(4) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in accordance with this Court's Order Directing Issuance of Notice (Doc. 4) hereby move this Honorable Court to note the permanent default of all persons, firms, corporations, or entities who have not heretofore filed Claims in accordance with said Order Directing Issuance of Notice and to bar permanently any and all such persons, firms, corporations, or entities from filing any Claim or Answer against Limitation Petitioner.

Respectfully submitted this 5th day of February, 2024.

        **ADAMS AND REESE LLP**

        */s/ Matthew C. Guy*
        FRANCIS V. LIANTONIO, JR.
        Texas Bar No. 00790092
        SDTX Bar No. 163125
        MATTHEW C. GUY
        Texas Bar No. 24050702
        SDTX Bar No. 622802
        *Adams and Reese LLP*
        LyondellBasell Tower
        1221 McKinney, Suite 4400
        Houston, Texas 77010
        Telephone:  (713) 652-5151
        frank.liantonio@arlaw.com
        matthew.guy@arlaw.com
        *COUNSEL FOR CGBM 100 LLC*

## CERTIFICATE OF SERVICE

    I certify that on February 5, 2024, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

        */s/ Matthew C. Guy*
        MATTHEW C. GUY