Case 2:23-cv-00286   Document 32   Filed on 07/12/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CGBM 100, LLC, *et al.*, | § § § § | |
| Petitioners, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00286 |
| G&H TOWING COMPANY, *et al.*, | | |
| Claimants. | | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order of Dismissal with Prejudice (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 12, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE